Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHELLE SANKS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AIRBNB INSURANCE AGENCY LLC and GENERALI ASSICURAZIONI GENERALI S.P.A.,

Defendants.

No. 2:24-cv-01098-KKE

**STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT**

### STIPULATED MOTION

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Michelle Sanks ("Plaintiff") and Defendants Airbnb Insurance Agency LLC and Generali Assicurazioni Generali S.P.A. (together, "Defendants") submit this stipulated motion to extend the deadline for Defendants to respond to the Complaint (Dkt. No. 1). In support of this motion, the parties state as follows:

1.     Plaintiff commenced this action in the United States District Court, Western District of Washington, on July 24, 2024.

2.     Plaintiff served Defendant Airbnb Insurance Agency LLC ("Airbnb") with the Summons and Complaint on July 31, 2024.

STIPULATED MOTION AND ORDER TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
COMPLAINT
(Case No. 2:24-cv-01098-KKE)

CARSON | NOEL
PLLC

20 Sixth Avenue NE, Issaquah, WA 98027
P. 425.837.4717 | F. 425.837.5396

1      3.      Pursuant to Federal Rule of Civil Procedure 12, Airbnb's deadline to respond

2  to the Complaint currently is August 21, 2024.

3      4.      Plaintiff served Defendant Generali Assicurazioni Generali S.P.A.

4  ("Generali") with the Summons and Complaint on August 1, 2024.

5      5.      Pursuant to Federal Rule of Civil Procedure 12, Generali's deadline to

6  respond to the Complaint currently is August 22, 2024.

7      6.      The parties stipulate and agree to extend the deadline for Airbnb and

8  Generali to respond to the Complaint to September 18, 2024.

9      NOW THEREFORE, the parties hereby respectfully request that the Court extend

10  Defendants' deadline to respond to the Complaint to September 18, 2024.

11      STIPULATED TO AND DATED this 16th day of August, 2024.

12

13  Dated:  August 16, 2024        MAYER BROWN LLP

14                    By: /s/ *Robert C. Double III*
                        Robert C. Double III (WSBA #55833)

15                        333 S. Grand Ave., 47th Floor
                        Los Angeles, CA 90071

16                        *rdouble@mayerbrown.com*
                        Telephone: (213) 229-9500

17                    Attorneys for Defendants Airbnb Insurance
                    Agency LLC and Generali Assicurazioni Generali

18                    S.P.A. (U.S. Branch)

19                    CARSON NOEL PLLC

20                    By: /s/ *Wright A. Noel*
                        Wright A. Noel (WSBA #25264)

21                        wright@carsonnoel.com
                        20 Sixth Avenue NE

22                        Issaquah, WA 98027
                        Tel: 425.837.4717

23                        Fax: 425.837.5396

24                    Attorneys for Plaintiff Michelle Sanks

25

26

STIPULATED MOTION AND ORDER TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
COMPLAINT
(Case No. 2:24-cv-01098-KKE)

CARSON | NOEL
PLLC

20 Sixth Avenue NE, Issaquah, WA 98027
P. 425.837.4717  |  F. 425.837.5396

1

**ORDER**

2          The Court GRANTS the parties' stipulated motion (Dkt. No. 8).  Defendants'

3   deadline to respond to the Complaint is extended to September 18, 2024.

4

5          Dated this 19th day of August, 2024.

6

7

8   _____

9          Kymberly K. Evanson
           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO
COMPLAINT
(Case No. 2:24-cv-01098-KKE)